George Haines, Esq.
State Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 100
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
info@freedomlegalteam.com
*Attorneys for Aleyda Lopez*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:**<br><br>**Aleyda Lopez,**<br><br>　　　　　**Debtor(s).** | **CaseNo:BK-S-26-10299-MKN**<br><br>**NOTICE OF REMOTE CONFIRMATION HEARING**<br><br>**Hearing Date: March 26, 2026**<br>**Hearing Time: 1:30 pm** |

**NOTICE IS HEREBY GIVEN** that Debtor's Chapter 13 Plan 1 has been filed and Debtor seeks to have this plan confirmed. Any opposition to this plan must be filed pursuant to Local Rule 9014(d)(1).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this plan with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> ● **The court may *refuse to allow you to speak* at the scheduled hearing; and**
>
> ● **The court may *rule against you* without formally calling the matter at the hearing.**

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all

1

1  hearings are currently being held telephonically absent further order of the Court. The hearing
2  will be held on **March 26, 2026** at **1:30 PM.** Parties are permitted to appear telephonically by
3  dialing (669) 254-5252 and entering meeting ID (if applicable): 161 418 4644 and entering
4  access code or passcode 758337#.

5  If you intend to participate at this hearing, please check the Court's website prior to the
6  hearing for any updated instructions relating to the court participation number and access code.
7  You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/.
8  Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in
9  number and meeting access codes.

11  DATED this January 20, 2026

13  /s/ George Haines, Esq.
    George Haines, Esq.
    FREEDOM LAW FIRM, LLC
14  *Attorneys for Debtor*