*/s/Charles L. Kennon*, SBN 7772
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 725-253-2312
Charles.Kennon@mccalla.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| In re: | CASE NO.: 26-10299-MKN |
|---|---|
| ALEYDA LOPEZ, | CHAPTER: 13 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | Hearing: |
| | Date: 3/26/2026 |
| | Time: 1:30 p.m. |
| | Place: Duty Judge Conference |
| Debtor. | |

**TO THE HONORABLE MIKE K. NAKAGAWA, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by

merger to LaSalle Bank National Association, as Trustee ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter.  Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan.  Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1.  **Secured Creditor's claim relating to the Property.** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $307,361.73, including arrearage in the approximate amount of $4,103.11. Secured Creditor's claim is secured by the real property commonly known as 10431 Gwynns Falls St, Las Vegas, NV 89123 (the "Property"). Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of March 30, 2026.  According to Debtor's Petition, the Property is the Debtor's principal residence [Petition, part·1, § 5].

2.  **Pursuant to 11 U.S.C. § 1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim** Debtor's Plan fails to provide for payment of Secured Creditor's estimated prepetition arrearage claim of $4,103.11. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Secured Creditor's claim. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. § 1322(b)(5).

CONCLUSION

It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; and the case be dismissed, or, converted to a case under Chapter 7, or,

2. That the court order to the Debtor's Plan be amended in accordance with this Objection, and,

3. For other such relief as the Court deems just and proper.

Dated:    <u>February 4, 2026</u>                    Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP


By:    */s/Charles L. Kennon*

Charles L. Kennon

Attorney for Secured Creditor

1

*/s/Charles L. Kennon*, SBN Nevada
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 725-253-2312
Fax: 312-803-9663
Charles.Kennon@mccalla.com

Electronically filed on _____

2

3

4

5

Attorney for Secured Creditor

6

## UNITED STATES BANKRUPTCY COURT

7

## FOR THE DISTRICT OF NEVADA – LAS VEGAS DIVISION

8

In re:

CASE NO.: 26-10299-MKN

9

**ALEYDA LOPEZ,**

CHAPTER: 13

10

**CERTIFICATE OF SERVICE**

11

12

13

14

15

16

17

18

Debtor.

19

I, Mayra Ladouceur, declare:

20

    1.    I am over the age of 18 and not a party to this bankruptcy case or adversary

21

    proceeding.  My business address is 1635 Village Center Circle, Suite 130, Las Vegas,

22

    NV 89134

23

    2.    On February 4, 2026, true and correct copies of the foregoing documents described:

24

    •   Objection to Confirmation of Plan

25

were served by placing a true and correct copy thereof in a sealed envelope in the United States

26

Mail, first class, postage prepaid, on the following interested parties:

27

28

PROOF OF SERVICE                4

*Debtor*

ALEYDA LOPEZ

10431 GWYNNS FALLS ST

LAS VEGAS, NV 89183

*Debtor's Attorney*

GEORGE HAINES

FREEDOM LAW FIRM, LLC.

8985 S. EASTERN AVE.

SUITE 100

LAS VEGAS, NV 89123

*Chapter 13 Trustee*

Rick A. Yarnall

701 BRIDGER AVE., #820

LAS VEGAS, NV 89101

*U.S. Bankruptcy Court Judge*

Mike K. Nakagawa

The Foley Federal Building

300 Las Vegas Blvd. South

Las Vegas, Nevada 89101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>Mayra Ladouceur</u>

Declarant's Name

/s / Mayra Ladouceur

Declarant's Signature